The Honorable J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LARRY AMARAL, a single person, ) <br> ) <br> Plaintiff, ) <br> ) <br> and ) <br> ) <br> CASEY SALISBURY, Sheriff, Mason ) <br> County, and DARRIN DOTSON, a married ) <br> Person, Deputy, Mason County and MASON ) <br> COUNTY, a municipal corporation, ) <br> ) <br> Defendants. ) <br> _____ ) | NO. CO8-5615JKA <br><br> ORDER ON AMENDMENT <br> TO COMPLAINT |

**THE COURT**, having reviewed the Motion of the Plaintiff to Amend the Complaint by substitution of the true identity of the Deputy Sheriff for Mason County for Defendant "John Doe" named in the Complaint, and having determined that the Defendants do not object to the Amendment, and being otherwise fully advised in this cause, **NOW THEREFORE**

**ORDERS, ADJUDGES AND DECREES** that

The Plaintiff is authorized to Amend the Complaint as proposed to substitute the identity of the Deputy Sheriff for Mason County formerly identified as Defendant "JOHN DOE."

ORDER ON AMENDMENT
OF COMPLAINT - 1

Wm. Michael Hanbey, PS
Attorney at Law
P.O. Box 2575
Olympia, WA 98507

DONE IN OPEN COURT THIS 23rd DAY OF JANUARY, 2008.

*/s/ J. Kelley Arnold*
U.S. Magistrate Judge

Presented by:

_____
Wm. Michael Hanbey, # 7829
Attorney for Plaintiff.

ORDER ON AMENDMENT
OF COMPLAINT - 2