**MAGISTRATE JUDGE J. KELLEY ARNOLD**

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| LARRY A. AMARAL, a single person,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CASEY SALISBURY, Sheriff, Mason County, "JOHN DOE," Unknown Deputy Sheriff, Mason County, and MASON COUNTY,<br><br>　　　　　　　　Defendants. | **NO. C08-5615JKA**<br><br>**STIPULATION AND PRODUCTION/PROTECTIVE ORDER RE SHERIFF'S OFFICE RECORDS OF WITNESSES** |

**STIPULATION**

The parties, through their respective counsel, hereby stipulate and agree that plaintiff has propounded a discovery request to the defendants in the above-entitled action seeking production of all reports, materials and information in the possession of the Mason County Sheriff's Office that relate to contacts between the Sheriff's Office and any witnesses involved in incidents leading to plaintiff's arrest by Sheriff's Office personnel; that records responsive to this request have been identified and serially numbered MCSO 00400-00599; that these records include information and documentation which may constitute criminal history record information deemed confidential under Ch. 10.97 RCW and/or RCW 70.48.100; and that these records

STIPULATION AND PRODUCTION/PROTECTIVE
ORDER RE SHERIFF'S OFFICE RECORDS OF
WITNESSES - 1

**Cause No: C08-5615 JKA**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

should be produced by defendants in response to the afore-mentioned discovery request, but with protections and limitations on dissemination and use whereby these records may only be used in connection with, and for purposes of, the above-entitled action, and whereby upon termination of this lawsuit by finality of judgment or dismissal all copies of these records provided to plaintiff and any additional copies made by plaintiff for use in this suit shall be returned to counsel for defendants or destroyed, in which case sworn verification of destruction shall be provided.

_____  _____
Date         Guy Bogdanovich, WSBA № 14777
             Attorney for Defendants

_____  _____
Date         Wm. Michael Hanbey, WSBA № 7829
             Attorney for Plaintiff

## PRODUCTION/PROTECTIVE ORDER

THIS MATTER having come before the Court on the parties' stipulation for a production/protective order covering certain materials to be produced in discovery, it is hereby

ORDERED, ADJUDGED and DECREED that the parties' stipulation set forth above, is adopted by the Court as its production/protective order.

DATED this 6th day of April, 2009.

 _/s/ J. Kelley_ Arnold
J. Kelley Arnold
United States Magistrate Judge

STIPULATION AND PRODUCTION/PROTECTIVE ORDER RE SHERIFF'S OFFICE RECORDS OF WITNESSES - 2

Cause No: C08-5615 JKA

*LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1 Presented by:

2 LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

3

4 _____
Guy Bogdanovich, WSBA Nº 14777
5 Attorney for Defendants

6 Approved for entry:

7
_____
8 Wm. Michael Hanbey, WSBA Nº 7829
Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND PRODUCTION/PROTECTIVE
ORDER RE SHERIFF'S OFFICE RECORDS OF
WITNESSES - 3

Cause No: C08-5615 JKA

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*